AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)


AGENT'S ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1351 Alameda Avenue<br>Glendale, California 91201 | ) ) ) Case No. **17MJ00610**<br>) ) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Central___ District of ___California___
*(identify the person or describe the property to be searched and give its location):*
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ___14 days from the date of its issuance___
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __3/20/17 at 1:07pm__       /s/       **JACQUELINE CHOOLJIAN**
                                                         Judge's signature

City and state: __Los Angeles, California__       Hon. Jacqueline Chooljian, U.S. Magistrate Judge
                                                         *Printed name and title*

AUSA: Bram Alden x3898

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 17MJ00610 | March 23, 2017/0730 | Hakob Avagyan |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Please see attached two pages containing detailed list of items seized.

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 4/10/17

Executing officer's signature

Jeffrey Eastman Special Agent
Printed name and title

AUSA: Bram Alden x3898

Inventory of Property Case No. 17MJ00610

During the search five boxes of credit cards and miscellaneous documents were seized, which are described with more specificity as follows: <u>Multiple credit cards</u> were seized, including but not limited to cards issued to the following individual card holders: M. Sarkisyan, A. Karapetyan, G. Pashoyan, V. Abasova, Y. Kirakosyan, D. Darbinyan. <u>Check books</u> were seized, including but not limited to the following: Bank of America and Wells Fargo checks for A. Karapetyan DBA Arsenaviol; JP Morgan Chase Bank checks for Y. Kirakosyan DBA Alvertek; Citibank checks for Alvertek; Bank of America checks for 1802 Riverside Drive LLC; Bank of America checks for MA Enterprises and MA Enterprises, Inc. DBA: MA Gold; Bank of America checks for S. Avakian; Bank of America checks for M. Mkrtchyan; Bank of America checks for V. Darbinyan; JP Morgan Chase bank checks for M. Aschyan; US Bank checks for N. Manukyan. <u>Miscellaneous Documents</u>: "Profile" Folders containing the names and identifiers of numerous individuals, which often included Experian credit reports and original credit card bank statements. Folders seized, including but not limited to the following individuals: Folder containing documents pertaining to D. Darbinyan, which included correspondence with creditors, an original LAPD police report claiming identity theft, copy of Darbinyan's CA Driver's License, Experian credit report and multiple original credit card statements; Folder containing documents pertaining to V. Darbinyan, which included a copy of Darbinyan's CA Driver's License, Social Security Card, Certificate of Naturalization, correspondence with creditors, original credit card statements and Experian credit report; Folder containing documents pertaining to Y. Kirakosyan, which included an Experian credit report, original credit card statements and Fictitious Business Name Statement; Folder containing documents pertaining to F. Rangith such as a copy of Rangith's CA Driver's License and Social Security Card; Folder containing documents pertaining to H. Kehribarian, which included bank statements and a copy of Kehribarian's 2015 Form 1040 Tax Return; Original credit card bank statements for Y. Farsakyan; Folder containing documents pertaining to K. Melikian, which included an Experian credit report and a handwritten note containing Melikian's SSN and date of birth; Folder containing documents pertaining to A. Karapetyan, which included original credit card statements, court citations and copy of Karapetyan's CA Driver's License. <u>Identification documents</u> belonging to numerous individuals, including but not limited to S. Avakian's CA Driver's License; Y. Farsakyan's Sam's Club card; I797A Petition for a Non-Immigrant Worker for M. Mkrtchyan; M. Mkrtchyan's CA Driver's License; Markar Aschyan's CA Driver's License, Markar Aschyan's Permanent Resident Card; Marriage License of Markar Aschyan and Nune Manukyan. Mortgage documents for Margar Aschyan regarding the property located at 1351 Alameda Ave. Glendale. Escrow files for a property located at 914 E. Valencia Ave. Burbank and purchased under the name of H. Avagyan and MA Enterprises. Escrow files for a property located at 1802 W. Riverside Drive Burbank and purchased under the name of H. Avagyan and N. Kolangian. Escrow files for a property located at 12005 Susan Drive, Granada Hills and purchased under the name of H. Kehribarian but with title vesting in Nune Manukyan. Copies of international wires sent by M. Mkrtchyan in Armenia to a U.S. bank account via Bank of America. A W2 Form for Sona Manukyan from MA

<u>Inventory of Property Case No. 17MJ00610</u>

Enterprises showing wages for 2015.  Documents showing indicia of ownership, such as mailings to Nune Manukyan, Hakob Avagyan and Markar Aschyan.
<u>Electronic Devices Seized</u>:  Seven cell phones were seized, several of which had names taped to the phones which corresponded to the seized profile folders, which are further identified as follows: Alcatel 867681, ZTE At&t black phone, ASUS FAAZCY36U791, Alcatel 863540, Armphone 000193, Alcatel 871295 and a Samsung Galaxy S7.  Three computers were seized, which are further described as follows: HP Tower MXV85007Z4, Dell Tower 71C2KQ1 and Dell Laptop H8DWXZ1.  One external hard drive was seized, Seagate Ext. HD NA5JGMD3.