SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
General Crimes Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-4850
    Facsimile:    (213) 894-6269
    E-mail:   Frances.Lewis@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Search of 1351 Alameda Avenue Glendale, California 91201 | No. 17-MJ-00610<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES; DECLARATION OF FRANCES S. LEWIS |
|---|---|

The United States of America, by and through its counsel of record, Assistant United States Attorney Frances S. Lewis, hereby applies for an order extending by 120 days the time within which the government may retain and search digital devices seized pursuant to a federal search warrant.

//
//
//
//
//

This application is based on the attached declaration of Frances S. Lewis and the files and records of this case, including the underlying search warrant and affidavit in support thereof.

Dated: July 17, 2017              Respectfully submitted,

                                          SANDRA R. BROWN
                                          Acting United States Attorney

                                          LAWRENCE S. MIDDLETON
                                          Assistant United States Attorney
                                          Chief, Criminal Division

                                          */s/ Frances S. Lewis*
                                          FRANCES S. LEWIS
                                          Assistant United States Attorney

                                          Attorneys for Applicant
                                          UNITED STATES OF AMERICA

**DECLARATION OF FRANCES S. LEWIS**

I, Frances S. Lewis, hereby declare and state:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the following digital devices seized pursuant to the warrant described below (the "SUBJECT DIGITAL DEVICES"):

   a. Alcatel cell phone 871295
   b. Samsung Galaxy S7 cell phone
   c. Dell Tower 71C2KQ1 (computer)
   d. Dell Laptop H8DWXZ1 (computer)

3. Additionally, the following devices were seized pursuant to the warrant described below, but because the government has completed its search of them, they are not included in the request to extend (the "REVIEWED DEVICES"):

   a. Alcatel cell phone 867681
   b. ZTE AT&T black cell phone
   c. ASUS cell phone FAAZCY36U791
   d. Alcatel cell phone 863540
   e. Armphone cell phone 000193
   f. HP Tower MXV85007Z4 (computer)
   g. Seagate Ext. HD NA5JGMD3 (external hard drive)

4. On March 20, 2017, Special Agent Jeffrey Eastman of the Department of Homeland Security, Homeland Security Investigations, ("DHS/HSI") obtained a federal search warrant issued by the Honorable

Judge Chooljian, United States Magistrate Judge, authorizing the search of 1351 Alameda Avenue (the "SUBJECT PREMISES"). The warrant, which is incorporated herein by reference, authorized the seizure of digital devices from the SUBJECT PREMISES for a period of 120 days to allow the government to search such devices for evidence of violations of Title 18, United States Code, Sections 1344 (Bank Fraud), 1343 (Wire Fraud), 371 (Conspiracy), and Title 31, United States Code, Section 5324 (Structuring of Currency Transactions).

5. On March 23, 2017, at approximately 7:30 a.m., federal agents executed the warrant and seized the SUBJECT DIGITAL DEVICES and the REVIEWED DEVICES.

6. This is the first request for an extension. The current deadline by which the government must complete its review of the SUBJECT DIGITAL DEVICES is July 18, 2017.

7. Based on information provided to me by agents assigned to this matter, I understand that all of the SUBJECT DIGITAL DEVICES and REVIEWED DEVICES have been turned over to the computer lab and have been imaged. With respect to the REVIEWED DEVICES, the government has completed its search of those devices and has determined that they can be retained because they either contain evidence of violations of the aforementioned offenses or were instrumentalities for committing those crimes, or both. With respect to the SUBJECT DIGITAL DEVICES, the government has begun reviewing their contents and has uncovered evidence of the violations that are the subject of the search warrant, but for the reasons described below, the government's review of the SUBJECT DIGITAL DEVICES is not yet complete.

8.   For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL DEVICES:

   a.   The forensic review of digital devices is time consuming.  Agents cannot simply turn on computers and review their contents because merely turning on a computer and reviewing its contents changes the data on the computer.  Specialized computer software is therefore needed to ensure that evidence remains in a pristine and usable condition, and is not affected by the review process.  The review also must be conducted by agents who have received specialized training to ensure that the review is done thoroughly and in a forensically sound fashion, and the DHS/HSI office handling this case currently only has one computer specialist available to assist with this project, who has other work responsibilities aside from assisting with this search warrant.  The review process therefore takes substantial time.

   b.   The SUBJECT DIGITAL DEVICES contain approximately 510 gigabytes of information.  Based on my training and experience, I know that one gigabyte could hold the contents of about ten yards of books on a shelf.  One hundred gigabytes could hold an entire library floor of academic journals.

   c.   Many of the SUBJECT DIGITAL DEVICES contain files that are in Armenian, and therefore the government requires the assistance of an Armenian translator to fully review their contents.  DHS/HSI has obtained the assistance of a special agent who speaks Armenian to conduct the review, but that individual has other work responsibilities and cannot devote his full time to this review process.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 17, 2017

                                                FRANCES S. LEWIS

4